RECEIVED

DEC 1 9 2013

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

GILBERT ALVIN MCMILLIN, JR., CIVIL ACTION NO. 1:12-CV-03103

VERSUS

JUDGE DONALD E. WALTER

MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY

MAGISTRATE JUDGE KIRK

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the final decision of the Commissioner is VACATED and McMillin's case is REMANDED to the Commissioner for further proceedings to properly evaluate McMillin's credibility, residual functional capacity, and ability to work.

THUS ORDERED AND SIGNED in Chambers at Shreveport, Louisiana, on this 19 day of December, 2013.

JUDGE DONALD E. WALTER